**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIZABETH RIVERA,

                Plaintiff,                        24 **CIVIL** 4489 (JCM)

      -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 24, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision.

**Dated:** New York, New York
           October 24, 2024

                                                **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                              **BY:**    *K. Mango*

                                                   **Deputy Clerk**